UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**Baylor Scott & White Health,**<br><br>Defendant | Case No. 2:22-cv-00174 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Decapolis Systems, LLC and Defendant Baylor Scott & White Health hereby stipulate and agree to the dismissal of all claims against Baylor Scott & White Health in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: December 1, 2022

/s/ Randall T. Garteiser
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

/s/ Louis A. Klapp
Louis A. Klapp (IL Bar No. 6303722)
Michael H. Fleck (IL Bar No. 6305929)
RILEY SAFER HOLMES & CANCILA LLP
70 W Madison Street, Suite 2900
Chicago, IL 60602
T: (312) 471-8700
F: (312) 471-8701
lklapp@rshc-law.com
mfleck@rshc-law.com

Peter S. Wahby
State Bar No. 24011171

<div style="display: flex;">

GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

ATTORNEYS FOR PLAINTIFF
DECAPOLIS SYSTEMS, LLC

GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
peter.wahby@gtlaw.com

*Attorneys for Defendant Baylor Scott & White Health*

</div>