# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**CommonSpirit Health a/k/a Catholic Health Initiatives,**<br><br>Defendant | Case No. 2:22-cv-00174 |

## STIPULATED MOTION FOR DISMISSAL WITH PREDUDICE

Plaintiff Decapolis Systems, LLC and CommonSpirit Health a/k/a Catholic Health Initiatives hereby move for an order dismissing all claims against CommonSpirit Health a/k/a Catholic Health Initiatives and any counterclaims against Decapolis Systems, LLC in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

/s/ Randall T. Garteiser
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
René A. Vazquez
Virginia Bar No. 41988

/s/ Louis A. Klapp
Louis A. Klapp (IL Bar No. 6303722)
Michael H. Fleck (IL Bar No. 6305929)
RILEY SAFER HOLMES & CANCILA LLP
70 W Madison Street, Suite 2900
Chicago, IL 60602
T: (312) 471-8700
F: (312) 471-8701
lklapp@rshc-law.com
mfleck@rshc-law.com

rvazquez@ghiplaw.com

GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

ATTORNEYS FOR PLAINTIFF
DECAPOLIS SYSTEMS, LLC

Michael D. Pegues
Texas State Bar No. 15730600
POLSINELLI PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Fax: (214) 397-0033
MPegues@polsinelli.com

*Attorneys for Defendant CommonSpirit Health*