IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, § § *Plaintiff*, § § v. § § Case No. 2:22-cv-00174- RWS-RSP § COMMONSPIRIT HEALTH a/k/a § CATHOLIC HEALTH INITIATIVES and § BAYLOR SCOTT & WHITE HEALTH, § § *Defendants*. § | |

## ORDER

Before the Court are two Joint Stipulations of Dismissal. **Dkt. Nos. 33, 34.** The first Stipulation of Dismissal (Dkt. No. 33) is between Plaintiff Decapolis Systems, LLC and Defendant Baylor Scott & White Health. The second Stipulation of Dismissal (Dkt. No. 34) is between Decapolis and Defendant CommonSpirit Health a/k/a Catholic Health Initiatives. In light of the Stipulations, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims against Baylor Scott & White Health in this action are **DISMISSED WITH PREJUDICE**, and all claims against CommonSpirit Health and any counterclaims by CommonSpirit Health against Decapolis in this action are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 2nd day of December, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE